# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT SCRUGGS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARS, INCORPORATED,<br><br>Defendant. | No. 2:22-cv-05617-JAK (AFMx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

1

WHEREAS on November 9, 2023, this Court granted Defendant's Motion for Partial Reconsideration of the May 22, 2023 Order GRANTING-IN-PART and DENYING-IN-PART Defendant's Motion to Dismiss;

WHEREAS this Court VACATED-IN-PART its May 22, 2023 Order, such that the Motion to Dismiss is now granted with respect to the 1st, 4th, and 5th causes of action and they are dismissed with prejudice; and

WHEREAS there are no remaining viable claims, or ones that could plausibly be alleged in an amended complaint;

WHEREAS, pursuant to this Court's November 9, 2023 Order, the Parties have met and conferred, and have agreed to the form of this judgment;

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. The entire action is DISMISSED with prejudice as to Plaintiff Brent Scruggs and without prejudice as to the putative class;

2. Plaintiff shall recover nothing against Defendant; and

3. Each party shall bear his or its own attorneys' fees and costs incurred in the action.

**IT IS SO ORDERED.**

Dated: November 27, 2023         _____
                                  John A. Kronstadt
                                  United States District Judge

2